IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHUCKY RANSOM, | ) | |
| | ) | CIVIL ACTION FILE |
| Movant, | ) | NO. 1:17-cv-2818-TCB |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | 1:15-cr-82-3-TCB |
| UNITED STATES OF AMERICA, | ) | |
| | ) | MOTION TO VACATE |
| Respondent. | ) | 28 U.S.C. § 2255 |

## **O R D E R**

This case is currently before the Court on Magistrate Judge Linda T. Walker's report and recommendation (the "R&R") [620]. No objections to the R&R have been filed.

A district judge has a duty to conduct a "careful and complete" review of a magistrate judge's R&R. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. 1982)). This review may take different forms, however, depending on whether there are objections to the R&R. The district judge must "make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1)(C). In contrast, those portions of the R&R to which no

objection is made need only be reviewed for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

After conducting a complete and careful review of the R&R, the district judge may accept, reject or modify the magistrate judge's findings and recommendations. 28 U.S.C. § 636(b)(1)(C); *Williams*, 681 F.2d at 732. The district judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. 28 U.S.C. § 636(b)(1)(C).

The Court has conducted a careful and complete review of the R&R and finds no clear error in its factual or legal conclusions. Therefore, the Court adopts as its Order the R&R [620]. Ransom's 28 U.S.C. § 2255 motion is denied, and he is denied a certificate of appealability ("COA"). Should Petitioner wish to appeal the Court's decision, he must seek a COA from the U.S. Court of Appeals for the Eleventh Circuit pursuant to Federal Rule of Appellate Procedure 22. The Clerk is directed to close civil action number 1:17-cv-2818-TCB-LTW.

IT IS SO ORDERED this 28th day of December, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge